UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SOUTHERN BANK & TRUST CO.,

        Plaintiff,

v.                                  ACTION NO. 2:15cv53

MLP DEVELOPMENT CORP.,
BRYAN J. LAYNE,
and
CHRISTOPHER W. PARRISH,

        Defendants.

### FINAL ORDER

    This matter comes before the court on plaintiff's Motion for Default Judgment Against MLP Development Corp. (ECF No. 13) filed April 14, 2015. The matter was referred to a United States Magistrate Judge by Order dated May 4, 2015 (ECF No. 15), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

    The United States Magistrate Judge's Report and Recommendation was filed on August 4, 2015 (ECF No. 19). The magistrate judge recommended granting in part and denying in part plaintiff's Motion for Default Judgment Against MLP Development Corp.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto.  The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.  The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed August 4, 2015.  Accordingly, the plaintiff's Motion for Default Judgment Against MLP Development Corp. is **GRANTED IN PART and DENIED IN PART**.  Default judgment is **ENTERED** in favor of the plaintiff and against the defendant, MLP Development Corp., in the amount of $482,558.23, plus post-judgment interest accruing at the legal rate as calculated pursuant to 28 U.S.C. § 1961.  There is **NO AWARD** of attorneys' fees to plaintiff.

The Clerk shall so enter judgment.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

September 21, 2015